**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Alexis Mulrain
      Petitioner

      V.

CIVIL ACTION

NO.  1:26-cv-11783-ADB

Antone Moniz et al
      Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.


    In accordance with the Court's Electronic Order dated May 1, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.


              By the Court,


May 1, 2026
      Date

          /s/Caetlin McManus
             Deputy Clerk